UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNNY B. WRIGHT (#87940)

VERSUS

DEPUTY WARDEN D. VANNOY, ET AL

CIVIL ACTION

NO. 10-758-BAJ-CN

## RULING

The Court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 11, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiff's complaint shall be **DISMISSED**, without prejudice, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, February 7, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA